| Account Holder Informaton | | | |
|---|---|---|---|
| **Account Holder 1** | | **Account Holder 2** | |
| Name: | ANA ORELLANA | Name: | |
| Address: | 1129 FAIRMONT ST NW | Address: | |
| City\State\Zip | WASHINGTON, DC  20009-5319 | City\State\Zip | |
| SSN: | 9918 | SSN: | |

## Statement Facsimile

Account Number:  -1345

Statement Date: 11/21/2008    Current Balance: $13,114.68    Credit Limit: $13,500.00

| Posting Date | Reference | Transaction Date | Description | CR | Amount |
|---|---|---|---|---|---|
| 11/03/2008 | 0012767 | 11/02/2008 | LATE FEE FOR PAYMENT D | D | $39.00 |
| 10/04/2008 | 0012438 | 10/04/2008 | LATE FEE FOR PAYMENT D | D | $39.00 |
| 09/13/2008 | 24717058256162564811439 | 09/12/2008 | #BAC PRIVACY ASSIST | D | $5.99 |
| 09/06/2008 | 64313018250273210112553 | 09/05/2008 | OVERDRAFT PROTECTION T | D | $100.00 |
| 09/02/2008 | 0011986 | 09/02/2008 | LATE FEE FOR PAYMENT D | D | $49.00 |
| 09/02/2008 | 24131998244700176942579 | 08/29/2008 | MONTGOMERY CO. PARKING | D | $35.00 |
| 08/25/2008 | 24316058237548844037887 | 08/23/2008 | SHELL OIL 91002598120 | D | $50.01 |
| 08/23/2008 | 24164078235018507067665 | 08/22/2008 | ENTERPRISE RENT-A-CAR | D | $23.40 |
| 08/18/2008 | 24692168231000213750739 | 08/18/2008 | #TWX AOL SERVICE 0808 | D | $25.90 |
| 08/13/2008 | 24717058225732255159005 | 08/12/2008 | #BAC PRIVACY ASSIST | D | $5.99 |
| 08/04/2008 | 0011716 | 08/03/2008 | LATE FEE FOR PAYMENT D | D | $39.00 |
| 08/04/2008 | 21706005750080431102926 | 01/01/1901 | MD BANKING CENTER PAYM | C | ($100.00) |
| 07/29/2008 | 64313018211273210209670 | 07/28/2008 | OVERDRAFT PROTECTION T | D | $100.00 |
| 07/28/2008 | 24131998209701259677846 | 07/25/2008 | DC TICKET PAYMENT-IVR | D | $30.00 |
| 07/26/2008 | 24692168207000448436773 | 07/25/2008 | TMOBILE HOTSPOT | D | $9.99 |
| 07/26/2008 | 24164058207378004452679 | 07/24/2008 | EXXONMOBIL    46960506 | D | $74.70 |
| 07/25/2008 | 74610438206004028322785 | 07/25/2008 | APPLE STORE #R129 | C | ($69.95) |
| 07/25/2008 | 24164078206799205170118 | 07/23/2008 | BP OIL    08751117 | D | $25.06 |
| 07/19/2008 | 24224438201020015406884 | 07/18/2008 | CHIPOTLE 0102 | D | $6.44 |
| 07/18/2008 | 24164078199384310344202 | 07/16/2008 | KFC #1320005  13200050 | D | $5.39 |
| 07/18/2008 | 24692168200000592926675 | 07/16/2008 | SUNOCO SVC STATION | D | $44.72 |

| Date | Reference | Post Date | Description | Type | Amount |
|---|---|---|---|---|---|
| 07/12/2008 | 24717058193731937337334 | 07/11/2008 | #BAC PRIVACY ASSIST | D | $5.99 |
| 07/09/2008 | 74492808190118000122354 | 07/08/2008 | BANK OF AMERICA MD5012 | D | $3,000.00 |
| 07/09/2008 | 74492808190118000122354 | 07/08/2008 | BANK TRANSACTION FEE | D | $90.00 |
| 07/09/2008 | 24610438190004032133734 | 07/07/2008 | APPLE STORE #R084 | D | $1,787.78 |
| 07/04/2008 | 74492808185118000122179 | 07/03/2008 | BANK OF AMERICA MD5012 | D | $3,000.00 |
| 07/04/2008 | 74492808185118000122179 | 07/03/2008 | BANK TRANSACTION FEE | D | $90.00 |
| 07/03/2008 | 18506005750070331790415 | 01/01/1901 | MD BANKING CENTER PAYM | C | ($50.00) |
| 06/20/2008 | 74492808171118000121920 | 06/19/2008 | BANK OF AMERICA MD5012 | D | $2,000.00 |
| 06/20/2008 | 74492808171118000121920 | 06/19/2008 | BANK TRANSACTION FEE | D | $60.00 |
| 06/18/2008 | 24692168170000023336326 | 06/18/2008 | #TWX AOL SERVICE 0608 | D | $25.90 |
| 06/17/2008 | 64313018169273210198446 | 06/16/2008 | OVERDRAFT PROTECTION T | D | $100.00 |
| 06/11/2008 | 24717058162731625054792 | 06/10/2008 | #BAC PRIVACY ASSIST | D | $5.99 |
| 06/02/2008 | 15473200000009060155051 | 06/01/2008 | PAY BY PHONE PAYMENT | C | ($38.00) |
| 05/19/2008 | 24692168139000391535988 | 05/18/2008 | #TWX AOL SERVICE 0508 | D | $25.90 |
| 05/10/2008 | 24717058130251301259457 | 05/09/2008 | #BAC PRIVACY ASSIST | D | $5.99 |

Credit Card Statement -        1345                    File Date:            10/30/2008